Rose Guger, Appellant, v. Alfrieda Tolusas et al., Appellees.

Gen. No. 43,284.

Heard in the first division, first district, this court at the December term, 1944; opinion filed March 26, 1945; released for publication April 11, 1945. John O. Wagner, for appellant; Stacy W. Osgood, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.